UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-80732-HURLEY
(CASE NO. 04-CR- 80011-HURLEY)

SEAN L. BRAY,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION & DIRECTING THE CLERK TO TRANSFER THE CASE

**THIS CAUSE** is before the court upon receipt of a Report and Recommendation [DE 6] from the Honorable Patrick A. White, United States Magistrate Judge. The Court has reviewed the R&R and will adopt in in toto. The Court is futher aware of the liberal pleading standard afforded *pro se* litigants, *see Haines v. Kerner*, 404 U.S. 519 (1972), and is particularly mindful of the narrow window for consideration of claims seeking relief under the Supreme Court's decision in *Johnson v. United States*, 576 U.S. ___, 135 S.Ct. 2551 (2015). Accordingly, it is

**ORDERED and ADJUDGED**:

1.   The Magistrate Judge's Report and Recommendation, dated May 16, 2016, [DE 6] is hereby **APPROVED AND ADOPTED** in full. Movant's motion shall be treated as a motion for leave to file a second successive § 2255 motion to vacate his sentence.

2.   Pursuant to 28 U.S.C. § 1631, the Clerk of this Court shall electronically transfer Movant's motion to the United States Court of Appeals for the Eleventh Circuit. Furthermore, the Clerk shall immediately provide the Movant with a form to seek

      authorization from the Court of Appeals to file a successive § 2255 motion.

3.     This case shall be **STAYED** and **ADMINISTRATIVELY CLOSED** pending authlorization from the Court of Appeals.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 17th day of May, 2016.

*[signature]*
Daniel T. K. Hurley
Senior United States District Judge

cc:  Judge White
      The parties